Michelle L. Roberts, State Bar No. 239092
 E-mail: mroberts@kantorlaw.net
Zoya Yarnykh, State Bar No. 258062
 E-mail: zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, CA 94501
Telephone: (510) 992-6130
Facsimile:  (510) 280-7564

Glenn R. Kantor, State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
RUBY CHACKO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY CHACKO, <br><br>             Plaintiff, <br>   vs. <br><br> AT&T UMBRELLA BENEFIT PLAN NO. 3, <br><br>             Defendant. | CASE NO.: 2:19-cv-01837-JAM-DB <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT** <br><br> *PARTIES REQUEST TELEPHONIC APPEARANCE* <br><br> Date:  January 10, 2020 <br> Time: 10:00 a.m. <br> Courtroom:  27, 8th Floor <br> Location:  501 I Street <br>             Sacramento, CA 95814 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 10, 2020 at 10:00 a.m. or as soon thereafter as counsel may be heard, in Courtroom 27 of this Court located at 501 I Street, Sacramento, California, 95814, Plaintiff Ruby Chacko by and through her attorneys of record, will move and hereby does move this Court for an order compelling Defendant AT&T Umbrella Benefit Plan No.

1

**PLAINTIFF'S NOTICE OF MOTION AND MOTION COMPELLING DISCOVERY RESPONSES**

3 to provide responses and produce documents under Fed. R. Civ. P. 26(a), Plaintiff's First Request for Production of Documents, Plaintiff's Second Request for Production of Documents, and Plaintiff's First Set of Interrogatories.

This motion is made pursuant to Fed. R. Civ. P. 37(a) and Eastern District Local Rule 37-251.  This motion is based upon this Notice, the parties' Joint Statement Re: Discovery Disagreement, upon all matters already part of the Court's record in this case, and upon such other and further evidence as may be presented at or before the hearing on this motion.

This motion is made following the parties' meet and confer as required by Eastern District Local Rule 251(b).

DATED:  December 18, 2019

KANTOR & KANTOR, LLP

By:  */s/ Michelle L. Roberts*
Michelle L. Roberts
Attorneys for Plaintiff,
RUBY CHACKO