# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY CHACKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T UMBRELLA PLAN NO. 3,<br><br>　　　　Defendant. | Case No.  2:19-CV-01837-JAM-DB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF CASE DEADLINES PENDING ALTERNATIVE DISPUTE RESOLUTION**<br><br>**(AS MODIFIED BY THE COURT)** |

　　The Court, having considered the Joint Motion for Extension of Case Deadlines Pending Alternative Dispute Resolution, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

- Plaintiff's motion for summary judgment shall be filed on or before September 1, 2020;

- Defendant's opposition and cross motion shall be filed on or before September 22, 2020;
- Plaintiff's reply and opposition shall be filed on or before October 6, 2020;
- Defendant's reply shall be filed on or before October 13, 2020; and
- Hearing on the cross motions is set for November 10, 2020 at 1:30 p.m.

Dated:  4/21/2020                     /s/ John A. Mendez_____
                                                HON. JOHN A. MENDEZ,
                                                UNITED STATES DISTRICT COURT JUDGE