Steven W. Robertson, (CA Bar No. 228708)
Email: srobertson@hebw.com
Alexander L. Nowinski, (CA Bar No. 304967)
Email: anowinski@hebw.com
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
455 Capitol Mall, Suite 200
Sacramento, California 95814
Tel: (916) 449-3800

Stacey A. Campbell, PHV
Email: stacey@campbell-litigation.com
Campbell Litigation, P.C.
1571 Race Street
Denver, CO 80206
Tel: (303) 536-1833

Attorneys for Defendant AT&T Umbrella Benefit Plan No. 3

Michelle L. Roberts (CA Bar No. 239092)
Email: mroberts@kantorlaw.net
Zoya Yarnykh (CA Bar No. 258062)
Email: zyarnykh@kantorlaw.net
KANTOR & KANTOR, LLP
1050 Marina Village Pkwy., Ste. 105
Alameda, CA 94501
Tel: (510) 992-6130

Attorneys for Plaintiff Ruby Chacko

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBY CHACKO, <br><br> Plaintiff, <br><br> v. <br><br> AT&T UMBRELLA BENEFIT PLAN NO. 3, <br><br> Defendant. | Case No. 2:19-CV-01837-JAM-DB <br><br> **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM ("VDRP") PURSUANT TO LOCAL RULE 271** |

Defendant AT&T Umbrella Benefit Plan No. 3 ("Defendant" or "The Plan") and Plaintiff Ruby Chacko ("Plaintiff" or "Chacko"), by and through their attorneys of record and pursuant to

1

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM ("VDRP") PURSUANT TO LOCAL RULE 271

Local Rule 271, hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program. Pursuant to Local Rule 271(i), the Parties hereby stipulate as follows:

1. The Parties propose the VDRP process to be completed by July 30, 2020, and the neutral shall file confirmation of completion of the process with the court by August 14, 2020.
2. The Parties jointly request that the VDRP administrator supply a list of three (3) neutrals from which list the Parties will choose one pursuant to LR 271(e)(3).
3. No modifications or additions to the case management plan are necessary at this time as a result of this referral.
4. No pretrial activity need be completed before the VDRP session is held, and no pretrial activity need be stayed pending completion of the VDRP session.

Dated: April 28, 2020.

| **KANTOR & KANTOR, LLP** | **CAMPBELL LITIGATION, P.C.** |
|---|---|
| By: */s/ Michelle L. Roberts* <br> Michelle L. Roberts <br> Attorneys for Plaintiff | By: */s/ Stacey Campbell* <br> Stacey Campbell <br> Attorneys for Defendant |

**IT IS SO ORDERED.**

**DATED:** April 28, 2020                                              /s/ John A. Mendez

                                                                                **UNITED STATES DISTRICT COURT JUDGE**