# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY CHACKO,<br><br>Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA PLAN NO. 3,<br><br>Defendants. | Case No. 2:19-CV-01837-JAM-DB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF CASE DEADLINES PENDING RESOLUTION OF DISCOVERY DISPUTES**<br><br>**(AS MODIFIED BY THE COURT)** |

The Court, having considered the Joint Motion for Extension of Case Deadlines Pending Resolution of Discovery Disputes, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

- Plaintiff's motion for summary judgment shall be filed on or before January 12, 2021;

- Defendant's opposition and cross motion shall be filed on or before February 2, 2021;
- Plaintiff's reply and opposition shall be filed on or before February 16, 2021;
- Defendant's reply shall be filed on or before February 23, 2021; and
- Hearing on the cross motions is set for **March 23, 2021 at 1:30 p.m.**

Dated:   August 14, 2020

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ,
UNITED STATES DISTRICT COURT JUDGE