**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBY CHACKO, | Case No. 2:19-CV-01837-JAM-DB |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF CASE DEADLINES PENDING RESOLUTION OF DISCOVERY DISPUTES** |
| v. | |
| AT&T UMBRELLA PLAN NO. 3, | |
| Defendants. | |

The Court, having considered the Third Joint Motion for Extension of Case Deadlines Pending Resolution of Discovery Disputes, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

- Plaintiff's motion for summary judgment shall be filed on or before June 25, 2021;
- Defendant's opposition and cross motion shall be filed on or before July 16, 2021;
- Plaintiff's reply and opposition shall be filed on or before July 30, 2021;

- Defendant's reply shall be filed on or before August 13, 2021; and
- Hearing on the cross motions is set for September 14, 2021 at 1:30 p.m.

DATED:  April 6, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE