Steven W. Robertson, (CA Bar No. 228708)
Email: srobertson@hebw.com
Alexander L. Nowinski, (CA Bar No. 304967)
Email: anowinski@hebw.com
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
455 Capitol Mall, Suite 200
Sacramento, California 95814
Tel: (916) 449-3800

Stacey A. Campbell, PHV
Email: stacey@campbell-litigation.com
Campbell Litigation, P.C.
1571 Race Street
Denver, CO 80206
Tel: (303) 536-1833

Attorneys for Defendant AT&T Umbrella Benefit Plan No. 3

Michelle L. Roberts (CA Bar No. 239092)
Email: michelle@robertsdisability.com
ROBERTS DISABILITY LAW
66 Franklin St., Ste. 300
Oakland, CA 94607
Tel: (510) 230-2090

Attorneys for Plaintiff Ruby Chacko

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY CHACKO , <br><br> Plaintiff, <br><br> v.v. <br><br> AT&T UMBRELLA BENEFIT PLAN NO. 3 , <br><br> Defendant. | No. 2:19-cv-01837-JAM-DB <br><br> **STIPULATION AND ORDER TO FURTHER CONTINUE THE JOINT STATEMENT DEADLINE AND HEARING ON PLAINTIFF'S MOTION TO COMPEL** |

Defendant AT&T Umbrella Benefit Plan No. 3 ("Defendant" or "The Plan") and Plaintiff Ruby Chacko ("Plaintiff" or "Chacko"), by and through their attorneys of record and pursuant to Local Rule 271, hereby stipulate to continue the deadline to file the Joint Statement regarding

Discovery Disagreement to August 13, 2021 and the hearing on Plaintiff's motion to compel [ECF No. 67] to August 20, 2021 on the following grounds:

1. The Plan filed a motion to compel against Sedgwick on April 26, 2021 in the U.S. District Court in the Western District of Tennessee ("Western District") and that motion is still pending.

2. Plaintiff and Defendant are continuing to meet and confer about the remaining discovery issues and require more time for possible resolution of these issues.

3. On June 21, 2021, Plaintiff's counsel contacted the Court and confirmed the Court's availability for the August 20, 2021 date.

Dated: June 21, 2021,

**ROBERTS DISABILITY LAW**

By: /s/Michelle L. Roberts
Michelle L. Roberts
Attorneys for Plaintiff

**CAMPBELL LITIGATION, P.C.**

By: /s/ Stacey Campbell
Stacey Campbell
Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED.** The July 30, 2021 hearing of Plaintiff's motion to compel [ECF No. 67] is continued to August 20, 2021 at 10:00 a.m. The joint statement must be filed no later than August 13, 2021.

DATED: June 21, 2021      /s/ DEBORAH BARNES
                          UNITED STATES MAGISTRATE JUDGE

2    STIPULATION TO CONTINUE THE
     DEADLINES AND SET A STATUS HEARING