Steven W. Robertson, (CA Bar No. 228708)
Email: srobertson@hebw.com
Alexander L. Nowinski, (CA Bar No. 304967)
Email: anowinski@hebw.com
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
455 Capitol Mall, Suite 200
Sacramento, California 95814
Tel: (916) 449-3800

Stacey A. Campbell, PHV
Email: stacey@campbell-litigation.com
Campbell Litigation, P.C.
1571 Race Street
Denver, CO 80206
Tel: (303) 536-1833

Attorneys for Defendant AT&T Umbrella Benefit Plan No. 3

Michelle L. Roberts (CA Bar No. 239092)
Email: michelle@robertsdisability.com
ROBERTS DISABILITY LAW
66 Franklin St., Ste. 300
Oakland, CA 94607
Tel: (510) 230-2090

Attorneys for Plaintiff Ruby Chacko

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBY CHACKO , <br><br> Plaintiff, <br><br> v.v. <br><br> AT&T UMBRELLA BENEFIT PLAN NO. 3 , <br><br> Defendant. | No.  2:19-cv-01837-JAM-DB <br><br> **STIPULATION AND ORDER TO FURTHER CONTINUE THE JOINT STATEMENT DEADLINE AND HEARING ON PLAINTIFF'S MOTION TO COMPEL** |

Defendant AT&T Umbrella Benefit Plan No. 3 ("Defendant" or "The Plan") and Plaintiff Ruby Chacko ("Plaintiff" or "Chacko"), by and through their attorneys of record and pursuant to Local Rule 271, hereby stipulate to continue the deadline to file the Joint Statement regarding

Discovery Disagreement to September 24, 2021 and the hearing on Plaintiff's motion to compel [ECF No. 67] to October 1, 2021, or as soon thereafter as the Court may be available, on the following grounds:

1. The Plan is still investigating Plaintiff's concerns regarding the Plan's interrogatory responses and expect to have more information by early next week.

2. Plaintiff and Defendant believe that an additional week will give the parties sufficient time to narrow the issues for dispute.

Dated: September 17, 2021,

| ROBERTS DISABILITY LAW | CAMPBELL LITIGATION, P.C. |
|---|---|
| By: /s/Michelle L. Roberts<br>Michelle L. Roberts<br>Attorneys for Plaintiff | By: /s/ Stacey Campbell<br>Stacey Campbell<br>Attorneys for Defendant |

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing of Plaintiff's motion to compel [ECF No. 67] is continued to October 1, 2021 at 10:00 a.m. The joint statement must be filed no later than September 24, 2021.

DATED: September 17, 2021         /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE