Steven W. Robertson, (CA Bar No. 228708)
Email: srobertson@hebw.com
Alexander L. Nowinski, (CA Bar No. 304967)
Email: anowinski@hebw.com
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
455 Capitol Mall, Suite 200
Sacramento, California 95814
Tel: (916) 449-3800

Stacey A. Campbell, PHV
Email: stacey@campbell-litigation.com
Campbell Litigation, P.C.
1571 Race Street
Denver, CO 80206
Tel: (303) 536-1833

Attorneys for Defendant AT&T Umbrella Benefit Plan No. 3

Michelle L. Roberts (CA Bar No. 239092)
Email: michelle@robertsdisability.com
ROBERTS DISABILITY LAW
66 Franklin St., Ste. 300
Oakland, CA 94607
Tel: (510) 230-2090

Attorneys for Plaintiff Ruby Chacko

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY CHACKO,<br><br>    Plaintiff,<br><br>v.v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 3,<br><br>    Defendant. | No. 2:19-cv-01837-JAM-DB<br><br>**STIPULATION AND ORDER TO FURTHER CONTINUE THE JOINT STATEMENT DEADLINE AND HEARING ON PLAINTIFF'S MOTION TO COMPEL & DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

    Defendant AT&T Umbrella Benefit Plan No. 3 ("Defendant" or "The Plan") and Plaintiff Ruby Chacko ("Plaintiff" or "Chacko"), by and through their attorneys of record and pursuant to Local Rule 271, hereby stipulate to continue the deadline to file the Joint Statement regarding

Discovery Disagreement to October 29, 2021 and the hearings on Plaintiff's Motion to Compel [ECF No. 67] and Defendant's Second Motion for Protective Order [ECF No. 90] to November 5, 2021, or as soon thereafter as the Court may be available, on the following grounds:

1. As noted in the Parties' last stipulation, the Plan was investigating Plaintiff's concerns regarding the Plan's interrogatory responses and expected to have a response this week. Specifically, as set forth in the Parties' last joint statement re discovery disagreement [ECF No. 82], Plaintiff identified that statistics concerning Dr. Howard Grattan's conclusions (*i.e.*, how often he found a claimant disabled vs. not disabled) did not line up with the numbers reported in the Plan's interrogatory responses. Plaintiff sought a court order requiring the Plan to produce all of Dr. Grattan's conclusion pages, which the Plan opposed.

2. Consistent with its meet and conferral obligations and its duty to supplement or correct discovery responses, on September 22, 2021, Plan counsel advised Plaintiff's counsel that upon further investigation, the Plan would produce all the conclusion pages of Dr. Grattan's reports as well as produce revised interrogatory responses. The current responses to Interrogatories 18 and 19, compiled by NMR, provided information based upon its review of all medical reviewing doctors for the claimants and did not limit the review to just Dr. Grattan medical reviews. As such, the Plan now acknowledges they are incorrect and need to be supplemented consistent with Rule 26(e)(1).

3. The Plan anticipates producing the documents and supplemental interrogatory responses within one week. Plaintiff will need time to examine the documents and check that they line up with the revised interrogatory responses.

4. On October 19, 2021, the district court will hear Plaintiff's Rule 60 motion [ECF No. 87] seeking additional discovery into the conflict of interest between the Plan and Sedgwick. The outcome of that motion may bear on Plaintiff's request that this Court order production of the communications between Sedgwick and the Plan concerning the Plan's efforts to respond to Plaintiff's discovery requests.

5. Considering the above, the Parties wish to continue the discovery hearings because additional time may resolve the main outstanding issues in dispute. The Parties also believe it will be more efficient for the Court to hear Defendant's Motion for Protective Order at the same time it resolves any outstanding issues regarding Plaintiff's motion to compel.

Dated: September 24, 2021,

| ROBERTS DISABILITY LAW | CAMPBELL LITIGATION, P.C. |
|---|---|
| By: /s/Michelle L. Roberts<br>Michelle L. Roberts<br>Attorneys for Plaintiff | By: /s/ Stacey Campbell<br>Stacey Campbell<br>Attorneys for Defendant |

### ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the hearing of Plaintiff's Motion to Compel [ECF No. 67] and Defendant's Motion for Protective Order [ECF No. 90] is continued to November 12, 2021, at 10:00 a.m.  The joint statement must be filed no later than November 5, 2021.

DATED: September 24, 2021          /s/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE