KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY CHACKO,<br><br>           Plaintiff,<br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 3,<br><br>           Defendant. | CASE NO.: 2:19-cv-01837-JAM-DB<br><br>**ORDER GRANTING PLAINTIFF RUBY CHACKO'S REQUEST TO SEAL DOCUMENTS PURSUANT TO LR 141** |

This matter is before the Court on Plaintiff Ruby Chacko's Request to Seal Documents Pursuant to LR 141. Having considered the Request, the exhibits attached thereto, and the papers on file in the above-captioned matter,

**IT IS HEREBY ORDERED THAT**:

Plaintiff Ruby Chacko's Request to Seal Documents Pursuant to LR 141 is GRANTED.

DATED:  January 13, 2022            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE