UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY CHACKO, | No. 2:19-cv-01837-DAD-DB |
| Plaintiff, | |
| v. | AMENDED JUDGMENT |
| AT&T UMBRELLA BENEFIT PLAN NO. 3, | |
| Defendant. | |

On September 7, 2023, the court issued an order granting plaintiff's motion for summary judgment and directing that judgment be entered in favor of plaintiff and against defendant in this action, and the Clerk of the Court entered judgment accordingly. (Doc. Nos. 129, 130.) In that order, the court provided that "[d]efendant shall pay plaintiff for past-due [long-term disability "LTD")] benefits from September 16, 2018 through the date of entry of judgment, with continued LTD benefits under the Plan." (*Id.* at 56.) The court further directed the parties to meet and confer to determine the amounts owed to plaintiff and to file a proposed amended judgment reflecting those amounts. (*Id.*)

On September 28, 2023, the parties filed a proposed amended judgment, in which the parties have agreed that defendant Plan owes plaintiff the following amounts:

/////

1

> [T]he Plan shall pay retroactive long-term disability benefits to Plaintiff in the total amount of $154,547.19. This amount covers benefits payable to Plaintiff for the period of time from September 16, 2018 through August 31, 2023. . . .
>
> [T]he Plan shall also pay prejudgment interest to Plaintiff in the amount of $6,630.07.

(Doc. No. 135 at 2.) The parties further agreed that "[p]laintiff's long-term disability coverage under the Plan is reinstated and that the Plan shall treat Plaintiff from September 1, 2023 going forward as if her benefits had not been terminated, subject to all plan terms and conditions as apply to her." (*Id.*) Finally, the parties agreed that if they "are unable to resolve the issue of plaintiff's entitlement to attorneys' fees and costs, plaintiff shall have an additional 30 days from the date [of entry of this amended judgment] to file a motion for attorneys' fees and costs." (*Id.*)

Pursuant to the parties' proposed amended judgment and the amounts reflected therein, the court hereby amends the judgment entered in this case on September 7, 2023 (Doc. No. 130) and orders as follows:

1. Judgment is hereby entered in favor of plaintiff and against defendant AT&T Umbrella Benefit Plan No. 3 ("the Plan") in accordance with the court's order filed on September 7, 2023, entitling plaintiff to payment of long-term disability benefits under the Plan;

2. The Plan shall pay retroactive long-term disability benefits to plaintiff in the total amount of $154,547.19;

    a. This amount covers benefits payable to plaintiff for the period of time from September 16, 2018 through August 31, 2023;

3. The Plan shall also pay prejudgment interest to plaintiff in the amount of $6,630.07;

4. Plaintiff's long-term disability coverage under the Plan is reinstated and that the Plan shall treat plaintiff from September 1, 2023 going forward as if her benefits had not been terminated, subject to all plan terms and conditions as apply to her; and

/////

5. If the parties are unable to resolve the issue of plaintiff's entitlement to attorneys' fees and costs, plaintiff shall file a motion for attorneys' fees and costs by no later than thirty (30) days from the date of entry of this amended judgment.

IT IS SO ORDERED.

Dated: **September 29, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE